# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CHARLES L. PATTERSON, SR.**                                                          **PETITIONER**

v.                              **CASE NO. 4:15-CV-00665 BSM**

**STATE OF ARKANSAS, et al.**                                                          **RESPONDENTS**

## ORDER

The recommended disposition ("RD") submitted by Magistrate Judge Beth Deere and Petitioner Charles Patterson's objections have been reviewed. After a *de novo* review, the RD is adopted in all respects.

Accordingly, Patterson's petition [Doc. No. 1] is dismissed without prejudice. A certificate of appealability will not issue. Additionally, Patterson's motion to proceed *in forma pauperis* [Doc. No. 4] is denied as moot and his motion for a writ of mandamus is denied [Doc. No. 6].

IT IS SO ORDERED this 7th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE