IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHARLES L. PATTERSON, SR.**                                                      **PETITIONER**

v.                              **CASE NO. 4:15-CV-00665 BSM**

**STATE OF ARKANSAS, et al.**                                                      **RESPONDENTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 7th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE